IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Case Number: 4:17-cr-35-002 (CDL) |
| DORITA CLAY, | * | |
| Defendant. | * | |

O R D E R

Pursuant to an Appearance Bond dated October 24, 2017, Defendant was released on bond following the payment into the registry of the Court of the sum of $ 2,000.00. The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $ 2,000.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to: Nathaniel Norris.

This __24th__ day of July 2019.

　　　　　　　　　　　　　　　　　　__s/Clay D. Land_____
　　　　　　　　　　　　　　　　　　CLAY D. LAND, CHIEF
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE