IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

v.

| | | |
|---|---|---|
| DORITA CLAY,<br>  *also known as* DORITA WEST,<br>DORITA BROWNING,<br>DORITA MIAL,<br>DORITA MOULTRIE,<br>DORITA MOBLEY,<br>DORITA BROOKS | :<br>:<br>:<br>:<br>:<br>:<br>: | CRIMINAL NO. 4:17-CR-35-002 (CDL) |

**ORDER STRIKING PROPERTY FROM THE FORFEITURE
NOTICE LISTED IN INDICTMENT, VACATING PRELIMINARY
ORDER OF FORFEITURE, AND DISMISSING THE JUDICAL FORFEITURE**

The United States' Motion to Strike Property from the Forfeiture Notice Listed in the Indictment, Vacate the Preliminary Order of Forfeiture, and Dismiss the Judicial Forfeiture of Defendant Dorita Clay in the above-styled case, having been read and considered, the Court finds the request to be reasonable and justified.

THEREFORE, IT IS HEREBY ORDERED, that the following property, having already been administratively forfeited, is no longer subject to judicial forfeiture: 2015 Land Rover, Range Rover Model, Vehicle Identification Number (VIN): SALGW3TF4FA215133.

IT IS FURTHER HEREBY ORDERED, that the Preliminary Order of Forfeiture [Doc. 90] entered on February 7, 2019, is hereby VACATED, and the subject vehicle shall be dismissed from this case.

SO ORDERED this 28th day of September, 2020.

                                            S/Clay D. Land
                                            CLAY D. LAND, JUDGE
                                            UNITED STATES DISTRICT COURT
                                            MIDDLE DISTRICT OF GEORGIA